IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J.D. CLARK, SR.,

     Plaintiff,                    No. CIV S-09-1452 GEB DAD PS

     vs.

POLICE OFFICER HANN, et al.,     ORDER

     Defendants.

_____/

Plaintiff has requested a 90-day continuance of defendants' pending motions to dismiss. In light of plaintiff's pro se status, the motion for continuance will be granted in part.

IT IS ORDERED that:

1. Plaintiff's November 24, 2009 motion for 90-day continuance (Doc. No. 58) is granted in part and denied in part;

2. Plaintiff's opposition or statement of non-opposition to each pending motion to dismiss shall be filed with the court and served on all defendants by U.S. mail on or before February 1, 2010; each of plaintiff's filings must be accompanied by a proof of service reflecting that a copy of the filing was properly served on all defendants' counsel;

/////

/////

1

3. Defendants' motions to dismiss (Doc. Nos. 44, 45, 48, 52 & 53) are dropped from the court's law and motion calendars for December 4, 2009, and December 11, 2009, and are to be re-noticed for hearing in accordance with this order; and

4. Defendants' counsel shall confer and select a mutually agreeable hearing date for their pending motions to dismiss; the new hearing date must provide defendants with at least the amount of time granted by Local Rule 230 for the filing of replies; defendants' amended notices of motion shall be filed and served on or before December 18, 2009; amended motions and briefing shall not be filed.

DATED: December 1, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/clark1452.ord.gr.cont