IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER J.D. CLARK, SR.,

    Plaintiff,

No. CIV S-09-1452 GEB DAD PS

    vs.

POLICE OFFICER HANN, et al.,     ORDER

    Defendants.

_____/

      Plaintiff has filed a third motion for continuance and for appointment of counsel. The court finds that plaintiff's renewed requests lack merit for the reasons set forth in the orders filed on February 8, 2010 (Doc. No. 67) and February 12, 2010 (Doc. No. 70). In particular, plaintiff has not demonstrated that his claims have merit such that counsel should be appointed to represent him, and he has offered no legal authority for a six-month delay in ruling on issues defendants have been raising since June 16, 2009.

      All pending motions to dismiss have been taken under submission and will be addressed by the undersigned in written findings and recommendations. All parties will have an opportunity to file written objections to the findings and recommendations, and the assigned district judge will make the final ruling on each defendant's motion.

/////

1

IT IS ORDERED that plaintiff's February 16, 2010 motion for continuance and for appointment of counsel (Doc. No. 71) is denied.

DATED: February 19, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\clark1452.cont.counsel.den3